UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TRISHA M. MAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:17-CV-00061-AGF |
| | ) | |
| NANCY BERRYHILL, Deputy Commissioner | ) | |
| for Operations, Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's application for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). ECF No. 27. Plaintiff is the prevailing party in this action challenging the decision of Defendant that Plaintiff is not disabled, as defined by the Social Security Act, and was thus not entitled to Disability Insurance Benefits or Supplemental Security Income. Plaintiff seeks $2,284.76 in fees, and Plaintiff has submitted documentation supporting the requested amount of fees, as well as an assignment of fees executed by Plaintiff.

Defendant responds that she does not object to the award of fees in the amount sought, but notes that *Astrue v. Ratliff*, 560 U.S. 586 (2010), mandates that the fees are to be paid directly to Plaintiff.

The Court's review of the record indicates that the amount of fees sought is reasonable and properly supported. As Defendant asserts, *Astrue v. Ratliff*, 560 U.S. 586 (2010), requires that the fees be paid directly to Plaintiff, even in light of the assignment

signed by Plaintiff.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees is

**GRANTED** in the amount of $2,284.76, payable directly to Plaintiff.   ECF No. 27.

>                                     _____
>                                     AUDREY G. FLEISSIG
>                                     UNITED STATES DISTRICT JUDGE

Dated this 26th day of November, 2018